

# NUMBER 13-09-00235-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: AMERICARE NURSING SERVICES, INC. AND MARTHA ARANGO

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Benavides
### Per Curiam Memorandum Opinion[1]

Relators, Americare Nursing Services, Inc. and Martha Arango, filed a petition for writ of mandamus and motion for emergency relief in the above cause on April 24, 2009. On April 24, 2009, the Court entered an order granting emergency relief in the form of a stay and further requested a response to be filed by the real parties in interest, Andrea Davila and Antonio Davila. Such response was duly filed on May 11, 2009.

The Court, having examined and fully considered the petition for writ of mandamus

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

and the response thereto, is of the opinion that relators have not shown themselves entitled to the relief sought. Accordingly, the stay previously imposed by this Court is LIFTED. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The petition for writ of mandamus is DENIED. *See id.* 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 14th day of May, 2009.